UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-CV-20815-ALTONAGA

NIURKA CRUZ, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                  **CLASS ACTION**

PERFORMANT RECOVERY, INC.,
a California corporation, formerly known
as "Diversified Collection Services, Inc.,"

    Defendant.
_____/

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

    Plaintiff, Niurka Cruz (hereinafter"Class Representative"), individually and on behalf of all others similarly situated, pursuant to Rule 23, Federal Rules of Civil Procedure, by and through her undersigned attorney, hereby respectfully moves this Honorable Court for an order granting final approval of the Class Action Settlement Agreement in this matter, and in support would show as follows:

    1.    This action was brought by Ms. Cruz on behalf of herself and all others similarly situated against Defendant, Performant Recovery, Inc., a California corporation (hereinafter "Performant Recovery"), for violation of 15 U.S.C.§1692 *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"). In particular, Ms. Cruz has alleged that Defendant violated the requirements of 15 U.S.C.§1692e and f with respect to providing disclosure of consumer rights in the collection of federally guaranteed student loans placed into default status. In particular, the Class Representative alleged that Performant Recovery

maintained a practice of using a written communication with respect to such accounts that misrepresented the federal statutory guidelines of the student loan rehabilitation program ("Student Loan Roadmap") .

2.	After extensive settlement negotiations, including a lengthy mediation in San Francisco, California, the parties reached a Class Action Settlement Agreement ("Stipulation"), a copy of which has been previously filed with the Court.

3.	As detailed in the accompanying memorandum, the Stipulation is fair, reasonable and provides substantial benefits to the Class and should be given final approval by this Court in all respects.

WHEREFORE, Plaintiff, Niurka Cruz, an individual, on behalf of herself and all others similarly situated, respectfully moves this Court for an order granting final approval of the class action settlement and direct such other and further relief as justice may require.

Respectfully submitted,

/s/ *Robert W. Murphy*
Robert W. Murphy, Esq.
Florida Bar No. 717223
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316
(954)763-8660
(954) 763-8607 (FAX)
rwmurphy@lawfirmmurphy.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December15, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Ernest H. Kohlmyer, III, Esquire, c/o Urban, Thier, Federer & Chinnery, P.A., 200 S. Orange Avenue, Suite 2000, Orlando, Florida 32801 [Email: kohlmyer@urbanthier.com], in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/ *Robert W. Murphy*
      Attorney