## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:14-CV-20815-ALTONAGA

NIURKA CRUZ, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.                                            **CLASS ACTION**

PERFORMANT RECOVERY, INC.,
a California corporation, formerly known
as "Diversified Collection Services, Inc.,"

       Defendant.

_____/

### MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS
### AND APPROVAL OF CLASS REPRESENTATIVE INCENTIVE AWARD

     Plaintiff, Niurka Cruz, an individual, on behalf of herself and all others similarly situated

("Class Representative"), pursuant to Rule 54, Fed.R.Civ.P. and Rule 7.3, Local Rules of the

United States District Court, Southern District of Florida, respectfully moves this Honorable

Court for order awarding attorney's fees and costs to counsel for the Class and for approval of

the incentive award to the Class Representative, and in support would show as follows:

     1.     In the instant action, the Class Representative filed a Class Action Complaint

against Defendant, Performant Recovery, Inc., a California corporation, formerly known as

"Diversified Collection Service, Inc."("Performant Recovery"),  for violation of 15 U.S.C.§1692

*et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"). In

particular, Ms. Cruz has alleged that Defendant violated the requirements of 15 U.S.C.§1692

with respect to the collection of federally guaranteed student loans placed into default status and

the misrepresentations of federal statutory guidelines of the student loan rehabilitation program in a document entitled "Roadmap to Student Loan Rehabilitation" ("Student Loan Roadmap").

2.      After extensive arm's length settlement negotiations, including a lengthy mediation conducted before Retired Judge William Cahill at JAMS in San Francisco, California, the parties drafted a term sheet outlining the terms of settlement, which was eventually memorialized in a Class Action Settlement Agreement ("Settlement Agreement"), a copy of which has previously been filed with the Court [DE 25-1].

3.      On August 26, 2014, this Court entered an Order Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order") [DE 28].

4.      Pursuant to ¶2(h) of the Settlement Agreement, the parties agreed to the following with respect to attorney's fees and costs to be awarded to Class Counsel:

(h)      Class Counsel's Attorney's Fees and Expense Award to Class Counsel:

i.   General: Subject to approval by the Court, Class Counsel shall seek Attorney's Fees and litigation expense, including travel expenses, mediation expenses, and taxable costs ("Attorney's Fees Award") from the Class Fund at the time of the Final Approval Hearing under a common fund recovery. The application by Class Counsel for the Attorney's Fees Award shall be made no later than ten (10) days prior to the date of the Final Approval Hearing. Performant Recovery shall not object to any reasonable request for attorney's fees and litigation expense from the Class Fund by Class Counsel. Approval by the Court of the Attorney's Fees Award shall not be a pre-condition to approval of the Settlement.

ii.  Payment: Subject to Court approval, the Attorney's Fees Award of Class Counsel shall be paid out of the Class Fund to Class Counsel by wire transfer to the Operating Account of Robert W. Murphy, Esquire, 1212 S.E. 2nd Avenue, Fort Lauderdale, Florida 33316; FEI No. 59-3211827 within ten (10) days after the Final Approval Date.  The inability to deliver a check to a Class Member shall not defeat the entitlement to fees and expenses of Class Counsel on account of that Class Member's recovery.

iii.  Costs: Except as provided for in this Settlement Agreement, each party shall

bear its own attorney's fees and costs.

("Attorney's Fees Provision").

5.      Pursuant to ¶2(b) of the Preliminary Approval Order, the Court stated: "The Court finds ... (3) a payment from the Settlement Fund to Settlement Class Counsel of reasonable fees and costs to be determined at the time of the Final Approval is fair and reasonable."

6.      Pursuant to ¶ 2(g) ii of the Settlement Agreement, Performant Recovery agreed to pay an incentive award ("Incentive Award") to the Class Representative as follows:

> ii. **Class Representative Compensation**. In addition to the benefits paid to Class Members, as referenced above, subject to Court approval, the sum of Five Thousand Dollars ($5,000.00) shall be paid out of the Class Fund as and for an incentive award to the Class Representative.

7.      On September 15, 2014, this Court entered an Order Approving the Revised Class Notice ("Class Notice Order") [DE 31]. Pursuant to the Class Notice Order, the Court approved the form and content of the Notice of Pendency of Class Action Proposed Settlement and Hearing ("Class Notice") attached to the Joint Motion to Approve Proposed Class Notice as Exhibit "A" [DE 30; 30-1]. Pursuant to the Class Notice, Class Members were informed specifically of the amount and basis of the Attorney Fee Request and Incentive Award.

8.      In support of the instant motion, the Class Representative has filed the following:

● Declaration of Robert W. Murphy in Support of Motion for Final Approval and Motion for Attorneys' Fees and Costs ("Murphy Final Approval Declaration"); and

● Declaration of Manuel A. Garcia-Linares as to Reasonable Attorney's Fees ("Garcia-Linares Declaration").

9.      The disclosures for the instant application required under Local Rule 7.3 are set

forth in the Memorandum in support of the instant Motion.

WHEREFORE, Plaintiff, Niurka Cruz, individually and on behalf of all others similarly situated, respectfully requests this Court:

A.   Approve the payment by Performant Recovery of $187,500.00 in attorneys' fees and $5,139.63 in litigation expense and cost to Class Counsel from the Settlement Fund;

B.   Approve the payment by Performant Recovery of an incentive award to the Class Representative in the amount of $5,000;

C.   And for such other and further relief as justice may require.

/s/ *Robert W. Murphy*
Robert W. Murphy, Esq.
Florida Bar No. 717223
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316
(954)763-8660
(954) 763-8607 (FAX)
rwmurphy@lawfirmmurphy.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Ernest H. Kohlmyer, III, Esquire, c/o Urban, Thier, Federer & Chinnery, P.A., 200 S. Orange Avenue, Suite 2000, Orlando, Florida 32801 [Email: kohlmyer@urbanthier.com], in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Robert W. Murphy*
Attorney