**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  14-20815-CIV-ALTONAGA/O'Sullivan**

**NIURKA CRUZ**,

       Plaintiff,

v.

**PERFORMANT RECOVERY, INC.**,

       Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Niurka Cruz's Motion for Final Approval of Class Action Settlement Agreement [ECF No. 35]; and Motion for Award of Attorney's Fees . . . [ECF No. 37] (collectively, "Motions"), both filed December 15, 2014. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . .  At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

(emphasis added).  The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ."  *Id.* Plaintiff's Motions are not joint submissions by both parties, and Plaintiff has failed to certify that she conferred with Defendant regarding the relief sought in the Motions.  Therefore, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 35 & 37]** are **DENIED without prejudice**.

Case No.  14-20815-CIV-ALTONAGA-O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 15th day of December, 2014.

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:      counsel of record