UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20815-CIV-ALTONAGA/O'Sullivan

**NIURKA CRUZ**,

    Plaintiff,
v.

**PERFORMANT RECOVERY, INC.**,

    Defendant.
_____/

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

**THIS CAUSE** came before the Court on the parties' Joint Motion for Final Approval of Class Action Settlement Agreement [ECF No. 40]; and Plaintiff's Unopposed Motion for Award of Attorney's Fees and Costs and Approval of Class Representative Incentive Award [ECF No. 42] (collectively, "Motions"), both filed December 16, 2014.  A settlement fairness hearing was held on January 7, 2015 [ECF No. 43] and, the Court being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Motions **[ECF Nos. 40 & 42]** are **GRANTED**.   This case is **DISMISSED**, and the Clerk is directed to mark this case **CLOSED**.

    2.    The Class Action Settlement Agreement ("Settlement Agreement") **[ECF No. 25-1]** is **APPROVED** as follows:

    a) For the purposes of this Order, the Court adopts by reference the definitions set forth in the Settlement Agreement.

    b) The Court finds that the distribution of the Notice, as provided for in the Preliminary Approval Order [ECF No. 28], constituted the best notice practicable under the circumstances to all Persons within the definition of the Class, and fully

met the requirements of Federal Rule of Civil Procedure 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution, and any other applicable law.

c) The Court finds that the Settlement Agreement is fair, reasonable, and adequate, and accordingly, the Court approves the Class as certified for settlement purposes and approves the Settlement Agreement, directing that the Parties implement the settlement in accordance with its terms.

d) Payment of the Net Settlement Fund is to be made on a *pro rata* basis to all Class Members who timely returned claim forms. Any monies unclaimed 90 days after checks have been sent must be paid over as a *cy pres* award to be distributed to National Legal Aid and Public Defender Association.

e) Except as to any individual claim of those Persons who have timely and effectively requested exclusion from the Settlement Class under the Settlement Agreement, the Court hereby dismisses with prejudice the Action, all claims contained therein, and all Released Claims against Released Parties.

f) The Parties are to bear their own costs, except as otherwise provided in the Settlement Agreement.

g) Upon the Final Approval of the Settlement Agreement, the Class Representative and all Class Members who have not timely and effectively requested exclusion from the Class, shall be deemed to have and by operation of law shall have, fully, finally and forever released and discharged all Released Claims, as defined in the Settlement Agreement.

h) The Class Representative and all Class Members (and the successors and assigns of any of them) who have timely and effectively requested exclusion from the Class, are hereby permanently barred and enjoined from instituting or prosecuting as against the Defendant, the Defendant's Related Parties, either directly or indirectly or in any other capacity, any and all claims that were or could have been asserted in the present action, or any other action or proceeding, that relate to Defendant's attempts to collect debts from the Class Representative or Class Members during the one year period prior to filing the Complaint in this action, to-wit: from March 5, 2013 through Preliminary Approval.

i) Nothing herein shall alter, amend, or terminate the right of Defendant and its clients to collect any balance (including, but not limited to, principal, interest, attorneys' fees, and other costs and charges) allegedly owed by any Settlement Class Member, for any debt.  Nothing herein shall otherwise release or discharge (1) any legally enforceable claim which Defendant and its clients may have against any Class Member or any other person or entity, or (2) any legally enforceable lien which Defendant and its clients may have against any or all Class Members or any other person or entity.  Nothing herein shall otherwise void or abrogate the contractual obligations of any Settlement Class Member nor impair or limit any right or cause of action by the Class Representative or the Class to dispute the underlying debt or amount owed to Defendant and its clients.

j) The Court bars and permanently enjoins all Class Members, except those who timely and effectively requested exclusion from the Settlement Agreement, from instituting or prosecuting any action or proceeding, whether class or individual,

CASE NO. 14-20815-CIV-ALTONAGA/O'Sullivan

against Defendant for liability in any way related to, arising out of, or based upon the Released Claims.

k) The Court recognizes Defendant denies any liability to Plaintiff or to the Class for any matter whatsoever and that, without conceding any infirmity in their defenses, and while continuing to deny all allegations of liability, Defendant considers it desirable that the Action be dismissed and that the claims against Defendant be released, on the terms set forth herein, in order to avoid further expense, dispose of burdensome and protracted litigation and put to rest all claims which have or could have been asserted against Defendant arising from the acts, transactions, or occurrences alleged in the Action.

l) Payment of $5,000 ("Class Representative Award") shall be made to Niurka Cruz for her service as Class Representative.

m) After reviewing Class Counsel's motion for attorney's fees in support of final approval, the Court awards to Class Counsel attorney's fees in the amount of $187,500.00 and litigation expenses in the amount of $5,139.63 (collectively "Attorney's Fees Award") in the total amount of $192,639.63 to be paid from the Settlement Fund.

n) No later than 14 days after the Entry of Judgment becomes final as defined by paragraph 14 of the Settlement Agreement, settlement checks shall be distributed to all class members who have timely returned a claim form and Defendant shall pay $5,000 to Niurka Cruz as a Class Representative Award and $192,639.63 to Class Counsel for the Attorney's Fees Award.

o) The Court retains jurisdiction for the purposes of enforcing the Settlement Agreement.   The Clerk is directed to enter this Judgment.

**DONE AND ORDERED** in Miami, Florida, this 7th day of January, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record